# Order

Michigan Supreme Court
Lansing, Michigan

December 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139643

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 139643
                               COA: 292616

RYAN ANDREW BURKE,
      Defendant-Appellant.

                               Tuscola CC: 08-017863-FH

_____/

      On order of the Court, the application for leave to appeal the August 18, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals and we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending its decision in *People v Keith James Campbell* (Court of Appeals Docket No. 291345). After *People v Campbell* is decided, the Court of Appeals shall reconsider this case in light of that decision.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009

_____
Clerk